**FILED**

AUG 7 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant LOMACK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 98-40107 CW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING RE: SUPERVISED RELEASE VIOLATION |
| v. | |
| ELBERT LOMACK, | |
| Defendant. | Date: Aug. 8, 2007 |
| | Time: 10:00 a.m. |
| | Court: Hon. Wayne D. Brazil |
| | U.S. Magistrate Judge |

Defendant Elbert Lomack and the government, through counsel, hereby stipulate and request that the further status hearing regarding defendant's compliance with supervised release conditions currently set for Wednesday, August 8, 2007, at 10:00 a.m. be continued until Friday, September 7, 2007, at 10:00 a.m., before The Hon. Wayne D. Brazil, United States Magistrate Judge. The parties request this continuance because defense counsel is out of town and will be unavailable on Wednesday the 8th. The September 7 date is the next available date for all parties.

The United States Probation Officer has been contacted and has no objection to the new date.

- 1 -

1

2   SO STIPULATED.

3   Dated:        August 7, 2007

4                                                      HILARY A. FOX
                                                       Attorney for Defendant LOMACK

5   SO STIPULATED.

6   Dated:        August ___, 2007

7                                                      _____
                                                       CHINHAYI COLEMAN
8                                                      Assistant United States Attorney

9

10

11                                          **ORDER**

12          Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED

13   that the status hearing currently set for Wednesday, August 8, 2007 at 10:00 a.m. is continued to

14   Friday, September 7, 2007 at 10:00 a.m.

15

16   IT IS SO ORDERED.

17                                                     See next page for signature
     Dated:        August ___, 2007
18                                                     _____
                                                       WAYNE D. BRAZIL
19                                                     United States Magistrate Judge

20

21

22

23

24

25

26

1

2  SO STIPULATED.

3  Dated:        August 7, 2007

4                                                    HILARY A. FOX
5                                                    Attorney for Defendant LOMACK

   SO STIPULATED.
6
   Dated:        August 7, 2007
7
                                                    CHINHAYI COLEMAN
8                                                   Assistant United States Attorney

9

10

11                                  **ORDER**

12        Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED

13  that the status hearing currently set for Wednesday, August 8, 2007 at 10:00 a.m. is continued to

14  Friday, September 7, 2007 at 10:00 a.m.

15

16  IT IS SO ORDERED.

17
   Dated:        August 7, 2007
18
                                                    WAYNE D. BRAZIL
19                                                  United States Magistrate Judge

20

21

22

23

24

25

26

                                         - 2 -

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

v.

ELBERT LOMACK,

          Defendant.

_____/

Case Number: CR-98-40107 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Chinhayi J. Coleman
US Attorney's Office, Northern District
1301 Clay Street, Suite 340S
Oakland, CA 94612-5217

Hilary A. Fox
Federal Public Defender's Office
555 - 12th Street, Ste. 650
Oakland, CA 94607-3627

Jacqueline Sharpe
U.S. Probation Officer
U.S. Probation Office
450 Golden Gate Avenue, Ste. 17-6884
San Francisco, CA 94102

cc:   Sheilah Cahill, Judge Wilken's Courtroom Deputy

Dated: August 8, 2007

Richard W. Wieking, Clerk

By: Ivy Garcia, Deputy Clerk